No. 05–5291. DUBOIS v. NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 05–5293. SANDERS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–5294. HINTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5295. HARRIS v. BAZZLE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–5296. CANE v. HONDA OF AMERICA MANUFACTURING, INC. C. A. 6th Cir. Certiorari denied.

No. 05–5297. MALVEAUX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5298. LONG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5299. JOHNSON v. EVANS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 05–5300. MARIAN v. SUPERIOR COURT OF CALIFORNIA, VENTURA COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–5302. DOSS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–5303. ENNIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5305. MEDLEY, AKA WALLACE, AKA GIBBS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5306. KEELING v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5307. JOHNSON v. JACQUES FERBER, INC., ET AL. C. A. 3d Cir. Certiorari denied.